UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
SEP 03 2019
JAMES W. McCORMACK CLERK
By: _____ DEP CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:19CR 00508 SWW |
| | ) | |
| v. | ) | 18 U.S.C. § 922(g)(1) |
| | ) | |
| ANTONIE DAWAIN GASTON | ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

A.   On or about August 16, 2018, the defendant,

ANTONIE DAWAIN GASTON,

had previously and knowingly been convicted of one or more of the following crimes punishable by a term of imprisonment exceeding one year:

1.   Aggravated Assault on Family or Household Member and Possession of Firearms by Certain Persons, in Pulaski County, Arkansas, Circuit Court in Case Number CR-2017-2540; and

2.   Drive By Shooting, in Union County, Mississippi Circuit Court, in Case Number UK-2002-142.

B.   On or about August 16, 2018, in the Eastern District of Arkansas, the defendant,

ANTONIE DAWAIN GASTON,

knowingly possessed, in and affecting commerce, a firearm, that is: a silver Rossi, .38 Special Revolver, bearing serial number W147237, in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION ONE

Upon conviction of the offense alleged in Count One of this Indictment, the defendant, ANTONIE DAWAIN GASTON, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense.

(END OF TEXT. SIGNATURE PAGE ATTACHED.)